

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2025

No. 04-24-00251-CR

**IN RE** Jose **HILARIO-VILLANUEVA**, Relator

Original Proceeding[1]

**ORDER**

On April 5, 2024, Relator, Jose Hilario-Villanueva, filed a petition for writ of mandamus, complaining of the trial court's March 21, 2024, order. Hilario-Villanueva also filed a motion to stay the underlying proceedings, which we granted on April 17, 2024.

After considering the petition and the record, the court concludes Hilario-Villanueva is not entitled to the relief sought. Accordingly, we **DENY** the petition for writ of mandamus.

The stay issued on April 17, 2024, is **LIFTED**.

It is so **ORDERED** on March 12, 2025.

Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2025.

Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. 14917CR, styled *The State of Texas v. Jose Hilario-Villanueva*, pending in the County Court, Kinney County, Texas, the Honorable Natalie C. Fleming presiding.